IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KAREN TRAVIS and<br>KEN L. TRAVIS,<br><br>    Plaintiffs,<br><br><br>THANE INTERNATIONAL, INC.,<br>d/b/a/ THANE FITNESS and JOHN<br>ABDO, using trad names of J.A.<br>FITNESS, INC., and AB-DOer, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO: 3.02-1030<br>JUDGE HAYNES |

## O R D E R

In accordance with the Memorandum filed herewith, the Defendants' motions for

summary judgment (Docket Entry Nos. 56 and 76) are **DENIED** and the Plaintiffs' motion to

strike (Docket Entry No. 59) is **DENIED**.

It is so **ORDERED**.

ENTERED this the _11th_ day of August, 2005.

WILLIAM L. HAYNES, JR.
United States District Judge